**Kenneth SHIBLEY, Appellant,**

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; Max Mobley, Deputy Director, Arkansas Department of Correction; Donna Kingsland, R.N., Grimes Unit, ADC; Newport Hospital, Appellees.**

No. 04–3107.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 17, 2005.

Decided Feb. 23, 2005.

Kenneth Shibley, Malvern, AR, pro se.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Kenneth Shibley appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1] The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.